Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

RECEIVED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Case No. A02-0103-17 CR (HRH)

Suheil Zorrilla Garcia

    On July 15, 2005, the above-named was placed on supervised release for a period of three years. The defendant has adjusted well to supervision and has complied with the rules and regulations of supervised release and is no longer in need of supervision. Since the beginning of supervision, the offender has maintained contact with the probation service, has maintained a residence, and maintained employment. It appears that Ms. Garcia has complied with all of her conditions of supervision and her only known violation was her failure to timely notify the probation officer of recent police contact. Therefore, the defendant has addressed all of her conditions of supervised release, paid the $700 special assessment in this case, and would like to terminate early and relocate to New York in order to be closer to family. Therefore, it is recommended that Suheil Zorrilla Garcia be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE     9/4/07
Timothy M. Astle     Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __5__ day of __Sept__, 20__007__

REDACTED SIGNATURE
H. Russel Holland
Senior U.S. District Court Judge